

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-19-00796-CV

Jane G. **GARCIA**,
Appellant

v.

Daniel Muniz **GARCIA**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLB001496-C3
Honorable Victor Villarreal, Judge Presiding

# O R D E R

On December 23, 2019, Appellant Jane G. Garcia filed a motion for extension of time to file her brief; however, her brief was not yet due because the reporter's record had not been filed. On February 18, 2020, she filed another motion for extension of time to file her brief. However, her brief was still not due because the reporter's record had not been filed. On February 24, 2020, the court reporter filed a reporter's record containing seven volumes, making appellant's brief due on March 25, 2020. *See* TEX. R. APP. P. 38.6(a) (deadline for appellant's brief is thirty days "after the later of: (1) the date the clerk's record was filed; or the date the reporter's record was filed").

In both her motions, appellant moves for a sixty-day extension of time and requests a copy of the appellate record in order to prepare her brief. We GRANT her motion and direct the Clerk of this Court to mail appellant a copy of the appellate record on CD-ROM. Appellant's brief is due May 25, 2020. No further extensions of time will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2020.



Michael A. Cruz,
Clerk of Court